OPINION — AG — ** FILING OF CANDIDATE — PERIOD ** QUESTION: CAN A PERSON FILE FOR COUNTY OFFICE AS AN ' INDEPENDENT CANDIDATE ' AFTER THE EXPIRATION OF THE FILING PERIOD SET FORTH IN 26 O.S. 162 [26-162] ? — NEGATIVE (NOTIFICATION AND DECLARATION OF SUCH CANDIDATE, NON PARTISAN, ELECTION BOARD) CITE: 26 O.S. 162 [26-162], 26 O.S. 112 [26-112] [26-112], 26 O.S. 161 [26-161] (FRED HANSEN)